UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Richard W. Smith, | ) | CASE NO. 16-24832-CMB |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor | ) | |

**AFFIDAVIT OF INCOME**

    I, Richard W. Smith, Debtor, hereby attest under penalty of perjury that Richard W. Smith receives Social Security in the amount of $1,827.00 per month, as well as a Pension from the City of Pittsburgh in the amount of $1,655.00. I understand that any false statements herein are made subject to penalties of perjury.


<u>1-27-2017</u>                                                                                    <u>Richard W. Smith /s/</u>
DATE                                                                                                      Richard W. Smith